GUST A. KONDOS, Respondent, v. MILDRED NOVELTY MANUFACTURING CORPORATION, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

DIEDRICK KOSTER, Respondent, v. W. C. REEVES & COMPANY, INC., and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the January, 1923, term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

ROBERT E. LAVELLE, Respondent, v. WILLIAM H. HENNEBERGER and Another, Appellants.— Motion to withdraw appeal denied, without costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

ROBERT E. LAVELLE, Respondent, v. WILLIAM H. HENNEBERGER and Another, Appellants.— Motion to dismiss appeal granted, with costs. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

CARRIE M. MANHEIMER, Plaintiff, v. THOMAS F. ROCHFORD and Others, Defendants. PEPPARD REALTY COMPANY, INC., Appellant.— Motion for stay of order directing payment of claims in surplus proceedings granted as to all claims which arose out of the so-called trustee mortgage; and also upon all claims judgments for which were entered subsequent to the date of the transfer of real properties from Rochford to the Peppard Realty Company. The payment of referee's fees and stenographer's fees is excepted from the stay thus granted. This stay is granted upon appellant filing an undertaking in the sum of $1,000, conditioned to pay the claimants the difference in interest awarded by the city chamberlain and six per cent. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ. Settle order on notice before Mr. Justice Kelby.

CLOVER BOLDT MILES and GEORGE C. BOLDT, JR., as Executors, etc., of GEORGE C. BOLDT, Deceased, Respondents, v. NIKOLA TESLA, Appellant, and Others, Defendants.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February, 1923, term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

ELIZABETH A. MORRELL, Respondent, v. JOHN R. SEAMAN and Others, Appellants, and Others, Defendants.— Motion to dismiss appeal granted, with costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ATLANTIC MUTUAL INSURANCE COMPANY and Another, Appellants.— In view of the peculiar wording of the patent to the defendant Atlantic Mutual Insurance Company, which may present a question for judicial determination as to whether the city has any rights therein, the motion for a stay is granted. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM DE GOODE, Appellant.— Motion to resettle order so as to state that the facts have been examined and no error found therein, and that the reversal of the judgment [See 203 App. Div. 35] was for errors of law only, granted. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ. Settle order before the presiding justice.